ORIGINAL

1  Frank A. Silane (State Bar No.: 90940)
   Jennifer J. Johnston (State Bar No.: 125737)
2  Richard A. Lazenby (State Bar No.: 202105)
   CONDON & FORSYTH LLP
3  1901 Avenue of the Stars, Suite 850
   Los Angeles, California 90067-6010
4  Telephone: (310) 557-2030
   Facsimile:  (310) 557-1299
5  E-mail: fsilane@condonlaw.com
   E-mail: jjohnston@condonlaw.com
6  E-mail: rlazenby@condonlaw.com

7  Attorneys for Defendants
   GLOBAL PEACE INITIATIVE, INC.,
8  GOSPEL TO THE UNREACHED MILLIONS,
   INC., KILARI ANAND PAUL, and DAVID
9  MCQUADE

✓ Priority Send

FILED
CLERK, U.S. DISTRICT COURT

OCT 18 2005

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

RECEIVED
BUT NOT FILED   LODGED

10
                   UNITED STATES DISTRICT COURT
11
                   CENTRAL DISTRICT OF CALIFORNIA
12

OCT 14 2005
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

13  FRIENDS OF THE ISRAEL DEFENSE    )   Case No. CV05 5726 DSF (CWx)
14  FORCES,                          )
                                     )   STIPULATION AND
15            Plaintiff,             )   [PROPOSED] ORDER
                                     )   CONTINUING THE HEARING
16       vs.                         )   DATE ON DEFENDANT
                                     )   MCQUADE'S MOTION TO
17  GLOBAL PEACE INITIATIVE, INC., a )   DISMISS
    corporation; KILARI ANAND PAUL,  )
18  an individual; DOUG DODSON, an   )
    individual; DENNIS RYAN, an      )
19  individual; DAVID MCQUADE, an    )
    individual; GOSPEL FOR THE       )
20  UNREACHED MILLIONS, INC., a      )
    Corporation; and DOES 1-50,      )
21                                   )
              Defendants.            )
22                                   )

DOCKETED ON CM

OCT 19 2005

BY _____ 009

23
24        WHEREAS, on June 23, 2005, Plaintiff filed a complaint (the "Complaint")
25  in the Superior Court of California, County of Los Angeles;
26        WHEREAS, on or about August 5, 2005, Defendants removed the
27  Complaint to this Court;
28        WHEREAS, on or about August 17, 2005, this Court issued an OSC re why

STIPULATION AND [PROPOSED] ORDER CONTINUING
THE HEARING DATE ON DEFENDANT MCQUADE'S
MOTION TO DISMISS
CV05 5726 DSF (CWX)

28

1    this case should not be remanded back to state court, and requested that the parties

2    provide briefing on the issue by September 6, 2005;

3        WHEREAS, in compliance with the Court's order, the parties submitted

4    their respective briefing on September 6, 2005;

5        WHEREAS, on September 12, 2005, the Court requested the parties to

6    conduct further jurisdictional discovery and submit a status report to the Court with

7    the results of that discovery on or before January 9, 2006;

8        WHEREAS, on or about September 2, 2005, Defendant David McQuade

9    filed a Motion to Dismiss the Complaint against him pursuant to Rule 12(b)(6) of

10    the Federal Rules of Civil Procedure;

11        WHEREAS, the hearing on Defendant's Motion is currently scheduled for

12    October 31, 2005, and by application of the local rules, Plaintiff's opposition

13    thereto is due on October 17, 2005;

14        WHEREAS, the parties do not anticipate that the Court will decide whether

15    to exercise jurisdiction over this case or remand it back to state court before

16    Plaintiff's opposition is due and/or before the hearing on this motion;

17        NOW, THEREFORE, IT IS HEREBY AGREED AND STIPULATED BY

18    AND BETWEEN THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL

19    AS FOLLOWS:

20        1.     The hearing date on Defendant's Motion shall be continued from

21    October 31, 2005, to January 16, 2006, at 1:30 p.m.

22        2.     In the event this case is not remanded back to state court, Plaintiff's

23    opposition to Defendant's Motion shall be filed with Court, and served on

24    Defendants, by no later than January 2, 2006.

25        3.     In the event this case is not remanded back to state court, Defendant's

26    Reply shall be filed with the Court, and served on the Plaintiff, by no later than

27    January 9, 2006.

28

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

-2-

4.      Nothing in this stipulation and order is intended to effect the parties

respective position with regard to this Court's jurisdiction (or lack thereof) over

this matter.

5.      In the event that this Court remands the case back to the state court,

the hearing date on Defendant's motion, and the parties' deadlines to file an

opposition and reply, will be determined by the state court, and its applicable rules

and laws.

SO STIPULATED.


Dated: October 14, 2005              PROSKAUER ROSE LLP


                                     By: _____
                                         NAVID YADEGAR
                                         ATTORNEYS FOR PLAINTIFF
                                         FRIENDS OF THE ISRAEL
                                         DEFENSE FORCES


Dated: October 14, 2005              CONDON & FORSYTH LLP


                                     By: _____
                                         FRANK A. SILANE
                                         JENNIFER J. JOHNSTON
                                         RICHARD A. LAZENBY
                                         Attorneys for Defendants
                                         GLOBAL PEACE INITIATIVE,
                                         INC., GOSPEL TO THE
                                         UNREACHED MILLIONS, INC.,
                                         KILARI ANAND PAUL and DAVID
                                         MCQUADE

                                     IT IS SO ORDERED

                                     Dated 10-17-05
                                     _____
                                     United States District Judge

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

STIPULATION AND [PROPOSED] ORDER CONTINUING
THE HEARING DATE ON DEFENDANT MCQUADE'S
MOTION TO DISMISS

-3-

** TOTAL PAGE.02 **



1  SO ORDERED.

2

3  DATED:

4                                    JUDGE DALE S. FISCHER

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

STIPULATION AND [PROPOSED] ORDER CONTINUING
THE HEARING DATE ON DEFENDANT MCQUADE'S
MOTION TO DISMISS
CV05 5726 DSF (CWX)

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

# PROOF OF SERVICE

## STATE OF CALIFORNIA COUNTY OF LOS ANGELES

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1901 Avenue of the Stars, Suite 850, Los Angeles, California 90067-6010. On October 14, 2005, I served the within documents:

**STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING DATE ON DEFENDANT MCQUADE'S MOTION TO DISMISS**

☐ **(By Facsimile):** I caused the above-referenced document(s) to be transmitted by facsimile machine to the person(s) at the address(es) set forth below

☒ **(By Mail):** As Follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

☐ **(By Personal Service):** I caused the above-referenced document(s) to be personally delivered by hand to the person(s) at the address(es) set forth below.

☐ **(By Overnight Courier):** I caused the above-referenced document(s) to be delivered by an overnight courier service to the person(s) at the address(es) set forth below.

David Boros, Esq.
5405 Alton Parkway, Ste. 5A #222
Irvine, California 92604
Tel: (949) 690-7447
Fax: (949) 651-6331

Navid Yadegar, Esq.
Proskauer Rose LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Tel: (310) 557-2900
Fax: (310) 557-2193

**(Federal):** I declare I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 14, 2005, at Los Angeles, California.

Ana Escamilla