LODGED

2006 OCT 26 PM 3:23

CLERK, U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

FILED CLERK, U.S. DISTRICT COURT OCT 30 2006 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

DENIED

Priority Send Enter Closed JS-5/JS-6 JS-2/JS-3 Scan Only

SCANNED

STONE | ROSENBLATT | CHA
A PROFESSIONAL LAW CORPORATION
21550 OXNARD STREET, SUITE 200
WOODLAND HILLS, CALIFORNIA 91367

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF ISRAEL DEFENSE FORCES, Plaintiff<br><br>v.<br><br>GLOBAL PEACE INITIATIVE, INC., a corporation; KILARI ANAND PAUL, an individual; DOUG DODSON, an individual; DENNIS RYAN, an individual; DAVID MCQUADE, an individual; GOSPEL FOR THE UNREACHED MILLIONS, INC., a corporation; and DOES 1-50,<br><br>Defendants. | Case No. CV 05 5726 DSF (CWx)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR AN ORDER GRANTING LEAVE TO FILE DEFENDANT GPI'S MOTION TO WITHDRAW AND/OR AMEND ADMISSIONS AND TO SHORTEN TIME TO HEAR THE MOTION |

DENIED

DOCKETED ON CM OCT 31 2006 BY MG 009

TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

Having considered Defendants' Ex Parte Application for an Order Granting Leave to File Defendant GPI's Motion to Withdraw And/or Amend Admissions and to Shorten Time to Hear the Motion, and finding good cause therefore,

IT IS HEREBY ORDERED that Defendant GPI's Motion to Withdraw and/or Amend Admissions with the required Joint Stipulation pursuant to Rule 37-2 must be filed and served on or before November 1, 2006 [OR ____________],

120

1

[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR AN ORDER GRANTING LEAVE TO FILE DEFENDANT GPI'S MOTION TO WITHDRAW AND/OR AMEND ADMISSIONS AND TO SHORTEN TIME TO HEAR THE MOTION

any supplemental memorandum be filed and served by facsimile and e-mail by 5:00 p.m. on November 3, 2006 [OR ____________________________], and the Motion be heard on Tuesday, November 7, 2006 [OR ____________________________], at 10:00 a.m. in Courtroom 640 of the above-entitled Court located at 255 East Temple Street (Edward R. Roybal Courthouse), Los Angeles, California.

Dated: ________________________

By: ______________________________
The Honorable Dale S. Fischer
United States District ~~Court~~ Judge

STONE | ROSENBLATT | CHA
A PROFESSIONAL LAW CORPORATION
21550 OXNARD STREET, SUITE 200
WOODLAND HILLS, CALIFORNIA 91367

2

[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR AN ORDER GRANTING LEAVE TO FILE DEFENDANT GPI'S MOTION TO WITHDRAW AND/OR AMEND ADMISSIONS AND TO SHORTEN TIME TO HEAR THE MOTION

**PROOF OF SERVICE**

SCANNED

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 21550 Oxnard Street, Main Plaza, Suite 200, Woodland Hills, CA 91367.

On October 26, 2006, I served the foregoing document(s) described as **[PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR AN ORDER GRANTING LEAVE TO FILE DEFENDANT GPI'S MOTION TO WITHDRAW AND/OR AMEND ADMISSIONS AND TO SHORTEN TIME TO HEAR THE MOTION;** on the interested parties in this action **via fax, email** and by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Woodland Hills, California, addressed as follows:

PROSKAUER ROSE, LLP
NAVID SOLEYMANI, SBN 219190
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Telephone:(310) 557-2900
Facsimile:(310) 557-2193
Email:nsoleymani@proskauer.com

DAVID BOROS, SBN 963130
5405 Alton Parkway, Suite 5A #222
Irvine, CA 92604
Telephone:(949) 690-7447
Facsimile:(949) 651-6331
Email:dboros21

William T. DelHagen
Joseph Kang
MURCHISON & CUMMING, LLP
801 South Grand Avenue, 9th floor
Los Angeles, CA 90017-4613
Telephone: 9213) 623-7400
Facsimile: (213-623-6336
Email: wdelhagen@murchisonlaw.com
jkang@murchisonlaw.com

Gregg S. Garfinkel
Timothy G. Ceperley
Amy W. Lewis
Robyn M. McKibbin
Stone | Rosenblatt | Cha
21550 Oxnard St., Main Plaza, Suite 200
Woodland Hills, CA 91367
Telephone (818) 999-2232
Facsimile (818) 999-2232
ggarfinkel@srclaw.com

I am familiar with the ordinary business practice of the law firm of Stone, Rosenblatt & Cha for collection and processing of correspondence for mailing with the United States Postal Service at the aforementioned place of business and that the above-entitled document was placed in a sealed envelope and deposited for collection and mailing on the date stated above, following such ordinary practices, and in such manner as to cause it to be deposited with the United States Postal Service that same day in the ordinary course of business, addressed as indicated above.

Executed on October 26, 2006, at Woodland Hills, California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Chantal Gonzalez