# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Priority Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

| Case No. | CV 05-5726 DSF (Cwx) | Date | November 2, 2006 |
|---|---|---|---|
| Title | Friends of Israel Defense Forces v. Global Peace Initiative, Inc., et al. | | |

Present: The Honorable Carla M. Woehrle, United States Magistrate Judge

| Donna Y. Thomas | n/a | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

n/a  n/a

**Proceedings:**  Order re: Settlement

Settlement conferences were held before the court on October 19 and October 23, 2006, and telephonically thereafter. Agreement has now been reached for global settlement of the action and a related state court declaratory relief action. Documentation is to be completed and stipulation for dismissal submitted within twenty days.

cc: Judge Fischer
    Counsel of Record

                                                  7  :  30
                                      Initials of Preparer

