

NAVID SOLEYMANI, SBN 219190
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Telephone: (310) 557-2900
Facsimile: (310) 557-2193
Email: nsoleymani@proskauer.com

DAVID BOROS, SBN 96313
LAW OFFICES OF DAVID BOROS
5405 Alton Parkway, Suite 5A #222
Irvine, CA 92604
Telephone: (949) 690-7447
Facsimile: (949) 651-6331
Email: dboros21@cox.net

Attorneys for Plaintiff
FRIENDS OF THE ISRAEL DEFENSE FORCES

WILLIAM T. DELHAGEN, SBN 65615
JOSEPH KANG, SBN 165852
MURCHISON & CUMMING, LLP
801 South Grand Avenue, 9th Floor
Los Angeles, CA 90017
Telephone: (213) 630-1016
Facsimile: (213) 623-6336
Email: wdelhagen@murchisonlaw.com
jkang@murchisonlaw.com

Attorneys for Counterdefendant
FRIENDS OF THE ISRAEL DEFENSE FORCES

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF ISRAEL DEFENSE FORCES,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL PEACE INITIATIVE, INC., a corporation; KILARI ANAND PAUL, an individual; DOUG DODSON, an individual; DENNIS RYAN, an individual; DAVID MCQUADE, an individual; GOSPEL FOR THE UNREACHED MILLIONS, INC., a Corporation; and DOES 1 – 50,<br><br>Defendants.<br><br>And related counterclaim | Case No.<br>CV 05-5726 DSF (CWx)<br><br>The Honorable Dale S. Fischer<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. PROC. 41(A)(1) AND [PROPOSED] ORDER THEREON**<br><br>Trial Date: November 14, 2006 |

7079/29638-001
CURRENT/8894827

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

## STIPULATION

This Stipulation of Dismissal is made by and between the following parties to this action: Plaintiff Friends of Israel Defense Forces ("FIDF") and Defendants Global Peace Initiative, Inc. ("GPI"), Gospel for the Unreached Millions, Inc. ("GUM"), Kilari Anand Paul (a/k/a Anand Kilari, a/k/a K.A. Paul, a/k/a Dr. Paul) ("Kilari"), and David McQuade (collectively, the "Parties").

WHEREAS the Parties have reached a Settlement Agreement with respect to this action;

WHEREAS Dennis Ryan was named as a defendant but he was dismissed from the action by virtue of the fact that he was not served with the Complaint and summons at the time of the Final Pretrial Conference;

WHEREAS defendant Doug Dodson is missing and cannot be located to execute the Settlement Agreement or this Stipulation;

WHEREAS the Settlement Agreement requires, among other things, that Kilari, GPI, and GUM make monthly payments in the amount of One Thousand Two Hundred and Fifty Dollars ($1,250.00) per month to FIDF, beginning on February 5, 2007, until the principal sum of Seventy Five Thousand and One Dollar ($75,001.00) is paid in full (the "Monthly Settlement Payments");

WHEREAS the Settlement Agreement provides that if Kilari, GPI, and GUM fail to timely make the Monthly Settlement Payments, FIDF can enter a Stipulated Judgment against Kilari, GPI, and GUM, jointly and severally, for the principal sum of $75,001; and

WHEREAS the Parties desire that the Court retain jurisdiction of this case to enforce the Settlement Agreement and to enter the Stipulated Judgment in the event that Kilari, GPI, and GUM fail to timely pay the Monthly Settlement Payments.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties through their respective undersigned counsel that:

1. The First Amended Complaint is hereby dismissed with prejudice.

2. The Counterclaim is hereby dismissed with prejudice.

3. Notwithstanding the foregoing, the Parties stipulate to the Court retaining jurisdiction of this case in order to enforce the Settlement Agreement and to enter the Stipulated Judgment in the event that GPI, GUM, and Kilari breach the Settlement Agreement as set forth therein and as described more specifically below.

    a. In accordance with Section 3.1 of the Settlement Agreement, beginning on February 5, 2007, and continuing thereafter on the fifth of each month, GPI, GUM, and/or Kilari shall deliver to the offices of David Boros, Esq. a cashier's check or certified check, payable to the "David Boros Client Trust Account" in the amount of $1,250.00. These Monthly Settlement Payments shall continue until the total principal balance of $75,001.00 is paid in full. The payments shall be delivered to the following address: David Boros, Esq., 5405 Alton Parkway, Suite 5A #222, Irvine, CA 92604, and must be received by Mr. Boros's office on the fifth of each month in order to be timely.

    b. In accordance with Section 3.2 of the Settlement Agreement, if a Monthly Settlement Payment is not received by Mr. Boros on the fifth of any month, FIDF shall send a notice of breach to Kilari by facsimile to the following fax number: Anand Kilari, (281) 324-6869 (the "Notice"). Kilari, GPI, and/or GUM shall have three calendar days from the date in which the Notice is faxed to deliver the payment and cure the breach.

    c. In accordance with Section 3.3 of the Settlement Agreement, in the event that a Monthly Settlement Payment is not received by Mr. Boros within three calendar days of the Notice being faxed, FIDF may file the Stipulation and apply *ex parte* to the Court, without further notice or service to Defendants or their counsel, for entry of Judgment. In the event that the Notice cannot be sent because Kilari's facsimile number does not work for any reason, FIDF may file the Stipulation and have the Judgment entered if

the payment for that month is not received within three calendar days after the due date for that payment. If a Monthly Settlement Payment is made by a check (in lieu of a cashier's check or certified check), and such check does not clear the bank for any reason (e.g., is returned for insufficient funds), FIDF may immediately file the Stipulation and Judgment on an *ex parte* basis without any further notice or service, and without providing any further opportunity to cure.

Dated: November 21, 2006

NAVID SOLEYMANI
PROSKAUER ROSE LLP

By: /s/ N. Soleymani
Navid Soleymani

Attorneys for Plaintiff
FRIENDS OF THE ISRAEL
DEFENSE FORCES

Dated: November __, 2006

TIMOTHY G. CEPERLY
STONE ROSENBLATT CHA, PLC

By:_____
Timothy G. Ceperly

Attorneys for Defendants Global Peace Initiative, Inc., Gospel for the Unreached Millions, Inc., Kilari Anand Paul, Doug Dodson, David McQuade

## ORDER

Based on the foregoing, and good cause appearing, it is hereby ORDERED that the First Amended Complaint and the Counterclaim are dismissed with prejudice, and that the Court will retain jurisdiction of this action to enforce the Settlement Agreement and to enter the Stipulated Judgment in the event that Kilari,

on an *ex parte* basis and without any further notice or service, and without providing any opportunity to cure.

Dated: November __, 2006

NAVID SOLEYMANI
PROSKAUER ROSE LLP

By: _____
    Navid Soleymani

Attorneys for Plaintiff
FRIENDS OF THE ISRAEL
DEFENSE FORCES

Dated: November 22, 2006

TIMOTHY G. CEPERLY
STONE ROSENBLATT CHA, PLC

By: _____
    Timothy G. Ceperly

Attorneys for Defendants Global Peace Initiative, Inc., Gospel for the Unreached Millions, Inc., Kilari Anand Paul, Doug Dodson, David McQuade

### ORDER

Based on the foregoing, and good cause appearing, it is hereby ORDERED that the First Amended Complaint and the Counterclaim are dismissed with prejudice, and that the Court will retain jurisdiction of this action to enforce the Settlement Agreement and to enter the Stipulated Judgment in the event that Kilari, GPI, and GUM fail to timely pay the Monthly Settlement Payments, as set forth in the Settlement Agreement.

DATED: November 27, 2006

_____
The Honorable Dale S. Fischer
Judge of the District Court

GPI, and GUM fail to timely pay the Monthly Settlement Payments, as set forth above and in the Settlement Agreement.

DATED: November ___, 2006



_____
The Honorable Dale S. Fischer
United States District Court

SCANNED

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that: I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

On November 22, 2006, I served the foregoing document, described as:

**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. PROC. 41(A)(1) AND [PROPOSED] ORDER THEREON**

☑ by placing ☐ the original ☑ a true copy thereof enclosed in a sealed envelope addressed as follows:

Timothy G. Ceperley, Esq.
Amy W. Lewis, Esq.
Robyn M. McKibbin, Esq.
Stone, Rosenblatt & Cha, PLC
21550 Oxnard Street, Suite 200
Woodland Hills, CA 91367

☑ (By Mail) I am "readily familiar" with the Firm's practice of collection and processing correspondence for mailing. Under that practice, the envelope would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (By Fax) By transmitting a true and correct copy thereof via facsimile transmission to:

☐ (By Overnight Courier) By causing such envelope to be delivered the next business day to the office of the addressees via Federal Express or other similar overnight delivery service.

☐ (By Personal Service)

　　☐ By personally delivering such envelope to the office of the addressees.

　　☐ By causing such envelope to be delivered by messenger to the office of the addressees.

☑ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 22, 2006, at Los Angeles, California.

*/s/ Patty Hays*
Patty Hays